No. 11–7559.   MORROW v. DONAHOE, POSTMASTER GENERAL. C. A. 7th Cir.   Certiorari denied.

No. 11–7561.   MARTINEZ-VASQUEZ v. UNITED STATES.   C. A. 11th Cir.  Certiorari denied.

No. 11–7563.   PIERRE v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 11–7569.   KNOPE v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 11–7570.   JOHNSON v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 11–7571.   MCKINNEY v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 11–7572.   RODRIGUEZ-CASTRO v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 11–7573.   CRAWFORD v. UNITED STATES ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 11–7575.   TIBBS v. ADAMS, WARDEN, ET AL.   C. A. 9th Cir. Certiorari denied.

No. 11–7576.   CARR v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 11–7577.   WILSON v. ROY, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 11–7582.   SANTIAGO v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 11–7592.   AMBO, AKA AMBOS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 11–7593.   MORALES v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 11–7595.   HENRY v. NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.